# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 6:23-bk-03715-LVV  
**Case Name:** Absolute Medical, LLC  
**For Period Ending:** 03/31/2024

**Trustee Name:** (291030) Richard B. Webber II  
**Date Filed (f) or Converted (c):** 09/08/2023 (f)  
**§ 341(a) Meeting Date:** 10/12/2023  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|---|
| 0 | Assets | Totals (Excluding unknown values) | $0.00 | $0.00 | | $0.00 | $0.00 |

(No Assets on File)

**Major Activities Affecting Case Closing:**

Assets?  
1/17/24 - app to employ Nicolette C. Vilmos as spec counsel for Trustee filed (DE 43) - granted 2/13 (DE 54)  
2/7 - Order Granting Amended Motion To Consolidate Cases with Absolute Medical System, LLC Case 6:23-bk-03719-LVV. Absolute Medical, LLC Case 6:23-bk-03715-LVV is designated the Lead Case (DE 53)

**Initial Projected Date Of Final Report (TFR):** 12/31/2024    **Current Projected Date Of Final Report (TFR):** 12/31/2024

04/08/2024  
Date

/s/Richard B. Webber II  
Richard B. Webber II